# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

*Geraldine Imaya Monroque*

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

*Lionsgate Television inc*

Do you want a jury trial?
☑ Yes    ☐ No

*Powere Book III Raising Kanan*

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

2023 AUG -8 PM 2:48

SDNY PRO SE OFFICE

## I.    PARTIES

### A.   Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

GERAldine _____ IMOYA _____ MONROQUE

First Name _____ Middle Initial _____ Last Name

515 W 38 St _____ Apt 17D

Street Address

New York _____ New York _____ 10018

County, City _____ State _____ Zip Code

646-498-9438 _____ MONROQUE@gmail.com

Telephone Number _____ Email Address (if available)

### B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    Lionsgate Television inc.

Name

2700 Colorado Ave, Floor 2

Address where defendant may be served

Santa Monica _____ California _____ 90404

County, City _____ State _____ Zip Code

Defendant 2:    _____

Name

_____

Address where defendant may be served

_____

County, City _____ State _____ Zip Code

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City     State    Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_____*Power  Book III (Raising Kanan)*_____

Name

_____

Address

*New York*_____*New York*_____

County, City     State    Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐  **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

  The defendant discriminated against me because of my (check only those that apply and explain):

   ☐  race:  _____

   ☐  color:  _____

   ☑  religion:  _____

   ☐  sex:  _____

   ☐  national origin:  _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance *(Covid (vaccination Status)*

My disability or perceived disability is: *Auto Immune Disease Triggered by vaccination and stress.*

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: *Auto immune Disease triggered by vaccination & stress*

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B.  Other Claims**

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☑ Other (may include other relevant federal, state, city, or county law):

*Vaccination Status based on Religious belief and medical disability.*

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☑ did not hire me
- ☑ terminated my employment
- ☐ did not promote me
- ☑ did not accommodate my disability
- ☑ provided me with terms and conditions of employment different from those of similar employees
- ☑ retaliated against me
- ☐ harassed me or created a hostile work environment
- ☐ other (specify): _Distorted the facts of the Covid and my of the employment exemption process with me. in report for the EEOC investigation._

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

_Defendant denied me the opportunity to do a Covid Test to prove that I posed no imminent threat (health) to Cast an Crew on the project that I was booked on. I was initially booked for the job and then released before testing. Then I applied for a religious and Medical exemption which was denied and I was denied opportunity to appeal_

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?    _02/16/2023_

☐  No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    _06/16/2023_

When did you receive the Notice?    _06/16/2023_

☐  No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☑ direct the defendant to hire me

☑ direct the defendant to re-employ me

☐ direct the defendant to promote me

☑ direct the defendant to reasonably accommodate my religion

☑ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

_To compensate me monetary damages for refusing to employ me and the mental anguish caused And time lost defending my Constitutional rights ._

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  **Ms. Geraldine Imoya Monroque**<br>**515 W 38 Street apt 17D**<br>**NYC, NY 10018** | From:  **New York District Office**<br>**33 Whitehall St, 5th Floor**<br>**New York, NY 10004** |

| EEOC Charge No.<br>**480-2023-02080** | EEOC Representative<br>**ANDREA MACANCELA,**<br>**Investigator** | Telephone No.<br>**9295065351** |
|---|---|---|

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

> Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

> The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By:Timothy Riera
06/16/2023

Enclosures(s)

**Timothy Riera**
**Acting District Director**

cc:

 Gmail

**Imoya Monroque <monroque@gmail.com>**

---

## Confirmation of Charge Receipt
2 messages

---

**EEOC** <no-reply@service.eeoc.gov>
To: "Ms. Geraldine Imoya Monroque" <monroque@gmail.com>

Thu, Feb 16, 2023 at 10:59 AM



**U.S. Equal Employment Opportunity Commission**

Re: EEOC Charge Number: 480-2023-02080
Charging Party: Geraldine Imoya Monroque
Respondent: Lionsgate

---

This notice is being sent to you because you recently filed a charge 480-2023-02080 with the U.S. Employment
Opportunity Commission (EEOC). EEOC is pleased to inform you that you can now access information about your charge
through a secure website, the **EEOC Public Portal.**
EEOC's Public Portal allows you to:
• Update your contact info
• Upload a letter of representation from your attorney if you have one
• Upload documents supporting your charge
• Request the respondent's Position Statement if it submits one, and upload your response
• Check the status of your charge
To access your charge information online:
1. Go to EEOC Public Portal
2. Click **Register** in the upper-right corner of the screen.
> Enter your contact information and create a password.
> When you create your account, you'll automatically log into the Portal.
3. Once you're logged-in, you'll be taken directly to your charge.

**IMPORTANT!** When entering your contact information, enter the Email Address that this notice was sent to. Only you and
the EEOC can access your charge information. If you have an attorney or other representative assisting you with your
charge, your representative received a copy of this email. Only one of you may create an account for this charge. If you
create an account, you will need to provide your log-in information to your attorney or representative to allow them to
access your online charge information.

**What You Should Do Next:**
There are a few important things to keep in mind after filing a charge with EEOC, particularly:
□ You must keep your documents – both paper and electronic
□ Look for a job and keep records of your job search if you are unemployed

Given the high demand for EEOC's services and the agency's limited resources, we ask you to be patient. EEOC's
investigation will vary based on many factors, including the agency's responsibility to focus on matters that serve the
broader public interest in equal opportunity. EEOC is committed to strong enforcement of the law and excellent service to
the public. Your cooperation is essential to EEOC's investigation of your charge.

EEOC typically receives about 90,000 charges of discrimination from workers out of more than 700,000 contacts seeking
information and assistance every year. Although EEOC is able to address thousands of complaints, the agency cannot
remedy every potential violation of the federal discrimination laws. Recognizing this, Congress gave workers the right to
file lawsuits in court after first allowing EEOC the opportunity to investigate their charge.

If you want to file a lawsuit before the EEOC has finished our investigation, you can request a Notice of Right-to-Sue. Go
to https://www.eeoc.gov/employees/lawsuit.cfm for more information. If you want the EEOC to continue investigating your
charge, don't request a Notice of Right-to-Sue.