UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
GERALDINE IMOYA MONROQUE,     :
                                                                    :
                                     Plaintiff,    :
                                                                    :           23-CV-7017 (VSB)
                              -against-           :
                                                                    :               **ORDER**
LIONSGATE TELEVISION INC.,      :
                                                                    :
                                     Defendant.   :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On November 21, 2023, Defendant Lionsgate Television, Inc. filed a motion for a more definite statement and a supporting memorandum of law, (Docs. 11–12). However, to date, Plaintiff has failed to file a response to the motion. Accordingly, it is hereby

ORDERED that by April 18, 2024, Plaintiff either respond to the motion for a more definite statement or file an Amended Complaint.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at her current address.

SO ORDERED.

Dated: April 4, 2024
       New York, New York

                                                                                    Vernon S. Broderick
                                                                                    United States District Judge