UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Geraldine Imoya Monroque
_____

_____
Write the full name of each plaintiff.

**23** CV **07017-VSB**

(Include case number if one has been assigned)

-against-

Lionsgate Television Inc
_____

_____

_____
Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?

☒ Yes    ☐ No

**AMENDED**

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

## I. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Geraldine | Imoya | Monroque |
|---|---|---|
| First Name | Middle Initial | Last Name |

515 w 38th Street, Apt 17D
Street Address

| New York | New York | 10018 |
|---|---|---|
| County, City | State | Zip Code |

| 646-498-9438 | monroque@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:  Lionsgate Television Inc
Name
2700 Colorado ave, Floor 2
Address where defendant may be served

| Santa Monica | California | 90404 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:
Name

Address where defendant may be served

| | | |
|---|---|---|
| County, City | State | Zip Code |

Page 2

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City          State          Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

**Power Book III (Raising Kanan)**
Name

**New York**
Address

**New York**          **New York**
County, City          State          Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

- [x] **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

    The defendant discriminated against me because of my (check only those that apply and explain):

    - [ ] race: _____
    - [ ] color: _____
    - [x] religion: _____
    - [ ] sex: _____
    - [ ] national origin: _____

- ☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: _____

- ☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____

- ☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

- ☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: **Autoimmune disease**

- ☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

- ☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

- ☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

- ☒ Other (may include other relevant federal, state, city, or county law):

    Return to WorkAgreement between AMPTA and SAG/AFTRA Union and Agreement between United States Resident (Plaintiff) and COV-2 International Control Group.

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☒ did not hire me
- ☒ terminated my employment
- ☐ did not promote me
- ☒ did not accommodate my disability
- ☒ provided me with terms and conditions of employment different from those of similar employees
- ☒ retaliated against me
- ☐ harassed me or created a hostile work environment
- ☒ other (specify): Denied me due process or opportunity for appeal. Entered into an agreement (RTWA) with my union (SAG/AFTRA) without good faith in order to try to circumvent the constitutio[n]

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

See attached

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

Page 5

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

- ☒ Yes (Please attach a copy of the charge to this complaint.)

    When did you file your charge?   2/16/2023

- ☐ No

Have you received a Notice of Right to Sue from the EEOC?

- ☒ Yes (Please attach a copy of the Notice of Right to Sue.)

    What is the date on the Notice?   6/16/2023

    When did you receive the Notice?   6/16/2023

- ☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

- ☒ direct the defendant to hire me
- ☒ direct the defendant to re-employ me
- ☐ direct the defendant to promote me
- ☒ direct the defendant to reasonably accommodate my religion
- ☒ direct the defendant to reasonably accommodate my disability
- ☐ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

    Compensate me for monetary damages from the loss of income due to my request for accommodation/exemption being denied and undue hardship as a ~~consequence of this discrimination for all Lionsgate Television productions~~ throughout the pandemic including time and resources spend litigating the case ~~including legal fees and consultations where applicable.~~

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

06/28/2024
Dated

Plaintiff's Signature

| Geraldine | I | Monroque |
|---|---|---|
| First Name | Middle Initial | Last Name |

515 W 38th Street Apt 17D
Street Address

| New York | | New York | 10018 |
|---|---|---|---|
| County, City | | State | Zip Code |

Telephone Number                    Email Address (if available)


I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

## Statement of Facts + Complaint
## Page 1 of 3
## Case

STATEMENT OF FACTS
1. Plaintiff brings this action against Defendant Lionsgate Television Inc. alleging discrimination on the basis of religion and disability status under federal and state laws including Civil Rights Act of 1964 title VII and ?

2. Plaintiff is a 53 year old "Original Organic" woman who is a sovereign human. She has worked in the entertainment industry as a union member of the Screen Actors and Television Guild (SAG/AFTRA) for 22 years. She is a Christian and has a history of autoimmune disease. She is also an official participant in a SARS – COV2 International Control Group based in England. As a participant plaintiff is not allowed to be vaccinated.

3. Long before the onset of the COVID-19 pandemic, Plaintiff has worked in numerous film and television shows and film roles as a principal, extra and stand-in. This included jobs during the pandemic when the industry reopened requiring testing and masks and before the vaccine role out. She complied with all requirements in the Return to Work Agreement (RTWA) entered into by Lionsgate Television inc and other production companies with the union which includes constitutional stipulations requiring productions to follow constitutional and state labor laws including HIPPA laws and the Civil Rights Act of 1964 title VII.

4. Plaintiff was denied the opportunity to be tested for "covid" by defendant prior to work to establish proof that she had never contracted "covid" and did

not pose a health and safety risk to anyone including cast and crew in any zone on the set of Power Book III. This was a violation of compliance of the RTWA and applicable law.

5. Plaintiff Geraldine Imoya Monroque was a resident of New York at the time of the complaint in question and remains a resident of New York at 515 W 38 Street Apt 17D NY NY 10018

6. Defendant Lionsgate Television Inc. is a division of Lionsgate Studios, an American production, Sales and Distribution Company located at 2700 Colorado Avenue, 2nd Floor, Santa Monica, CA 90404. Lionsgate Television inc. assumed the responsibility for processing Covid vaccination exemptions as per Return to Work Agreement (RTWA) with the union (SAG/AFTRA) for The television show Power Book III (Raising Kanan) was one of those projects.

7. Plaintiff has a history of Auto-immune disease that has had her sick for several months at a time. "It is a condition that results from anomalous response of the adaptive immune system wherein it mistakenly targets and attacks healthy functioning parts of the body's organs and tissues as it if it were a foreign organism." This disease can be triggered by vaccination, medication and stress. Plaintiff had reasonable personal justification at the time to question and make a personal sovereign decision out of precaution to hold off having a new and unproven MRNA "Gene Therapy" under Emergency Use Authorization (EUA) with un-disclosed ingredients, components and unproven scientific data and without FDA approval. Without informed consent and acceptance of full responsibility for possibility of injuries to plaintiff from "Covid Vaccine" gene therapy providers, SAG/AFTRA or Lionsgate, plaintiff had reasonable expectation for protection under the constitution. Plaintiff relied on prayers, natural immunity and full protection under the constitution without expectation of discrimination from

employers.

8. Further Plaintiff is a Christian baptized in the Catholic Church. As a practicing Christian for her entire life her religious philosophy and belief applies to all aspects of her daily life. Plaintiff holds a sincere religious view that her body is a temple and that she is a Sovereign human being with free will to decide what she consumes as food or medicine for her health and wellbeing. Corinthians ??? Plaintiff is knowledgeable of her rights and protections under the constitution protection guaranteed under the constitution of the Unites States and applicable international law that the United States is a party to.

9. Plaintiff has never waived her rights to clinical trials upon signing the union agreement when joining. As a sovereign human being she did not consent to violating her bodily autonomy. Plaintiff has never assigned her bodily rights directly or through third party agreements to be experimented upon without consent.

10. Plaintiff alleges retaliation on the part of defendant by denying employment based on refusal to participate in "Clinical Trial" to be vaccinated.

11. Plaintiff further claims discrimination by defendant for denying plaintiff a COVID test to prove that she did not have this "disease" for job she was booked for and by implication all other jobs plaintiff was suitable for during the entire period of the pandemic. This is in clear violation of all applicable state and federal laws and the RTWA with the union.

12. Plaintiff further alleges that Defendant failed to follow due process of facilitating an appeals process to remedy this arbitrary and discriminatory violation against plaintiff. Instead plaintiff has been portrayed as a health risk to this production and all Lionsgate productions. Plaintiff alleges that defendant has no legal jurisdiction to deny work based on prejudicial

personal views while ignoring all scientific data by medical experts in the public domain including but not limited to peer reviewed studies and court documents establishing legal precedence.

13. Regarding the clarification sought by defendants council for the use of option "Other" in original court documents, plaintiff wishes to include violation of the Return to Work Agreement (RTWA) with SAG/AFTRA as well as violation of the her right to participate in the SARS COV2 international Control Group without discrimination in her description for "other" hereafter.

14. Plaintiff alleges that defendants attorney has been allowed to further retaliate against her by bullying and character assignation in last missive by addressing defendants writing as "unintelligible" in an unprofessional, patronizing manner. Plaintiff alleges that Attorney representing defendant should be to asked to strike such "non legal" language from documents and to refrain from personal attacks and the use of derogatory terms and words in going forward with this case.

15. February 2nd – Feb 8th, 2023
Job offer cancellation, denial of testing, denial of religious and/or medical exemption, rejection of appeal.

16. February 8th, 2023 - Letter to SAG/AFTRA Diversity and Inclusion Department

17. February 10th, 2023-Letter to Lionsgate Television from Diversity and Inclusion department

17. February 16th, 2023 EEOC filing by Plaintiff

18. June 16th, 2023. EEOC Right to Sue Letter issued to plaintiff

19. First Court Filing Date

EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Ms. Geraldine Imoya Monroque<br>515 W 38 Street apt 17D<br>NYC, NY 10018 | From: | New York District Office<br>33 Whitehall St, 5th Floor<br>New York, NY 10004 |
|---|---|---|---|

| EEOC Charge No.<br>480-2023-02080 | EEOC Representative<br>ANDREA MACANCELA,<br>Investigator | | Telephone No.<br>9295065351 |
|---|---|---|---|

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

  Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

  The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.*

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By:Timothy Riera
06/16/2023

Enclosures(s)

**Timothy Riera**
**Acting District Director**

cc:

 Gmail                                                                                          Imoya Monroque <monroque@gmail.com>

## Confirmation of Charge Receipt
2 messages

**EEOC** <no-reply@service.eeoc.gov>                                                                    Thu, Feb 16, 2023 at 10:59 AM
To: "Ms. Geraldine Imoya Monroque" <monroque@gmail.com>



**U.S. Equal Employment Opportunity Commission**

Re: EEOC Charge Number: 480-2023-02080
Charging Party: Geraldine Imoya Monroque
Respondent: Lionsgate

This notice is being sent to you because you recently filed a charge 480-2023-02080 with the U.S. Equal Employment Opportunity Commission (EEOC). EEOC is pleased to inform you that you can now access information about your charge through a secure website, the **EEOC Public Portal.**
EEOC's Public Portal allows you to:
• Update your contact info
• Upload a letter of representation from your attorney if you have one
• Upload documents supporting your charge
• Request the respondent's Position Statement if it submits one, and upload your response
• Check the status of your charge
To access your charge information online:
1. Go to EEOC Public Portal
2. Click **Register** in the upper-right corner of the screen.
> Enter your contact information and create a password.
> When you create your account, you'll automatically log into the Portal.
3. Once you're logged-in, you'll be taken directly to your charge.

**IMPORTANT!** When entering your contact information, enter the Email Address that this notice was sent to. Only you and the EEOC can access your charge information. If you have an attorney or other representative assisting you with your charge, your representative received a copy of this email. Only one of you may create an account for this charge. If you create an account, you will need to provide your log-in information to your attorney or representative to allow them to access your online charge information.

**What You Should Do Next:**
There are a few important things to keep in mind after filing a charge with EEOC, particularly:
☐ You must keep your documents – both paper and electronic
☐ Look for a job and keep records of your job search if you are unemployed

Given the high demand for EEOC's services and the agency's limited resources, we ask you to be patient. EEOC's investigation will vary based on many factors, including the agency's responsibility to focus on matters that serve the broader public interest in equal opportunity. EEOC is committed to strong enforcement of the law and excellent service to the public. Your cooperation is essential to EEOC's investigation of your charge.

EEOC typically receives about 90,000 charges of discrimination from workers out of more than 700,000 contacts seeking information and assistance every year. Although EEOC is able to address thousands of complaints, the agency cannot remedy every potential violation of the federal discrimination laws. Recognizing this, Congress gave workers the right to file lawsuits in court after first allowing EEOC the opportunity to investigate their charge.

If you want to file a lawsuit before the EEOC has finished our investigation, you can request a Notice of Right-to-Sue. Go to https://www.eeoc.gov/employees/lawsuit.cfm for more information. If you want the EEOC to continue investigating your charge, don't request a Notice of Right-to-Sue.