UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GERALDINE IMOYA MONROQUE,

                Plaintiff,                          23-CV-07017 (JAV)

    -v-                                       ORDER

LIONS GATE TELEVISION, INC.,

                Defendant.
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On July 15, 2025, a letter from Plaintiff was docketed by the *Pro Se* Unit. *See* ECF No. 58. This filing should be stricken from the docket. The document appears to be an expert report. Pursuant to Rule 5(d)(1)(A), discovery requests and responses, including expert reports, should not be filed on the docket until they are to be used in the proceeding. They are to be served on counsel for the opposing party.

The Clerk of Court is directed to strike ECF No. 58 from the docket.

SO ORDERED.

Dated: July 17, 2025
       New York, New York

                                               JEANNETTE A. VARGAS
                                               United States District Judge