

One Liberty Plaza, Floor 46
New York, NY 10006
(212) 548-3212

500 East Main St., Suite 1400
Norfolk, VA 23510
(757) 904-5373

October 21, 2025

**VIA ECF**

**MEMO ENDORSED**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Monroque v. Lions Gate Television Inc.*, 23-cv-7017 (JAV)

Dear Judge Vargas:

This firm represents defendant Lions Gate Television Inc. ("Lions Gate") in the above-captioned matter. We write to respectfully request an extension of time to file Lions Gate's reply brief in further support of its motion for summary judgment, currently due October 28, 2025, until November 7, 2025. We have sought the *pro se* plaintiff's consent to this application, but she has not responded to our query as of this writing.

The Court's Order of June 2 (ECF No. 55) contemplated that Ms. Monroque would oppose Lion's Gate's summary judgment motion by October 14, 2025, and that Lions Gate would have fourteen days to reply. Ms. Monroque ultimately filed three successive memoranda: (i) a motion to disqualify Lions Gate's expert witness, Angela Perez, Ph.D. (ECF No. 69), on October 16, 2025; (ii) an opposition to Lions Gate's motion for summary judgment (ECF No. 70), also on October 16, 2025; and an "additional" motion to disqualify Dr. Perez (ECF No. 71), on October 20, 2025.

Good cause exists to extend the reply deadline until November 7. Defense counsel has a trial scheduled for next week, and Ms. Monroque submitted her first set of opposition papers to the Pro Se Office two days late. Lions Gate was not served until the following day, October 17. Ms. Monroque then filed an "additional" motion to disqualify Dr. Perez yesterday, October 20.

Accordingly, Lions Gate respectfully requests an extension of time, to November 7, 2025, and for the Court's permission to also file a single omnibus brief on that day, which will serve as both a reply in further support of Lions Gate's summary judgment motion and an opposition to Ms. Monroque's motion to disqualify Dr. Perez. We believe this will benefit both parties, and the Court, by streamlining motion practice on these issues.

Respectfully submitted,

/s/ *Ernest E. Butner IV*

cc:     Geraldine Imoya Monroque (via ECF and email)

**SO ORDERED:**

_____
The Honorable Jeannette A. Vargas
United States District Judge
October 22, 2025