UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALDINE IMOYA MONROQUE,

Plaintiff,

-against-

LIONS GATE TELEVISION INC.,

Defendant.

23 CIVIL 7017 (JAV)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 30, 2026, Defendant's motion for summary judgment is GRANTED. Accordingly, judgment is entered in favor of Defendant on all claims and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**